O

# United States District Court
# Central District of California

| | |
|---|---|
| MARIA F. RUVALCABA; et al., <br>       Plaintiff, <br>   v. <br><br> CITY OF LOS ANGELES, et al., <br>       Defendants. | Case No. 2:12-cv-6683-ODW(MANx) <br><br> **ORDER RE. EX PARTE HEARING** **[45]** |

    In light of the recent case transfer, the parties are hereby **ORDERED** to appear for a hearing on Plaintiffs' Ex Parte Application, (ECF No. 45), on Tuesday, May 27, 2014, at 1:30 p.m, in Courtroom 11 before Judge Otis D. Wright, II.

**IT IS SO ORDERED.**

May 21, 2014

                                        _____
                                            **OTIS D. WRIGHT, II**
                                 **UNITED STATES DISTRICT JUDGE**