O

# United States District Court
# Central District of California

| | |
|---|---|
| MARIA F. RUVALCABA; et al., <br> Plaintiff, <br> v. <br> CITY OF LOS ANGELES, et al., <br> Defendants. | Case No. 2:12-cv-6683-ODW(MANx) <br><br> **ORDER GRANTING IN PART AND DENYING IN PART EX PARTE APPLICATION** |

On May 27, 2014 the Court heard argument on Defendants' Ex Parte Application. Defendants' request to extend the expert-deposition deadlines is **DENIED**. Defendants' request to continue trial dates is **GRANTED**. The Pretrial Conference and Motions in Limine hearing are continued to **July 28, 2014, at 2:30 p.m.** Trial is continued to **August 5, 2014, at 9:00 a.m.**

**IT IS SO ORDERED.**

May 27, 2014

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE