O

# United States District Court
# Central District of California

| | |
|---|---|
| MARIA F. RUVALCABA; et al.,<br>    Plaintiff,<br>   v.<br>CITY OF LOS ANGELES, et al. ,<br>    Defendants. | Case No. 2:12-cv-6683-ODW(MANx)<br><br>**ORDER GRANTING DEFENDANTS'**<br>**EX PARTE APPLICATION [63]** |

On June 12, 2014, Defendants filed an Ex Parte Application. to Continue Trial Dates.  (ECF No. 63.)  After discussing the August 5, 2014 trial date with all involved witnesses, Defendants have determined that two witnesses—their police-procedures expert and Officer Bonner—will be unavailable to testify on August 5, 2014.  Thus, Defendants apply to continue to advance or continue the trial date.  Plaintiffs oppose this request, arguing that there is no good cause to continue trial for a second time.  The Court disagrees.  Accordingly, Defendants' Ex Parte Application is **GRANTED**.  The Pretrial Conference and Motions in Limine hearing are continued to **August 18, 2014, at 2:30 p.m.**  Trial is continued to **September 2, 2014, at 9:00 a.m.**

**IT IS SO ORDERED.**

June 16, 2014

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**