O

# United States District Court
# Central District of California

| | |
|---|---|
| MARIA F. RUVALCABA, S.I.D.L.; D.A.D.L.; ESTATE OF MARIA DEL CARMEN RUVALCABA,<br><br>                Plaintiffs,<br><br>    v.<br><br>CITY OF LOS ANGELES; CHIEF CHARLIE BECK; ANTHONY BONNER; EUNICE SOTO; FERNANDO ORTEGA; BRAXTON SHAW; DOES 5–10, inclusive,<br><br>                Defendants. | Case № 2:12-cv-06683-ODW(MANx)<br><br>**ORDER CLARIFYING PRETRIAL AND TRIAL DATES, DEADLINES, AND REQURIED PRETRIAL DOCUMENTS** |

    In advance of the combined pretrial conference and motion-in-limine hearing set for this action on Monday, August 25, 2014, the Court seeks to clarify the pretrial schedule and required filings. Despite ordering that all briefing schedules shall remain unchanged, the Court has not received any new motions in limine or oppositions. It therefore appears to the Court that the only active dispute concerns Plaintiffs' motion in limine #1 to exclude specific items of evidence. (ECF No. 41.) Defendants have already opposed this Motion. (ECF No. 51.) The Court will

therefore focus its attention to that Motion at the pretrial conference/motion-in-limine hearing.

The Court also clarifies the pretrial documents that the parties must file and the dates by which the parties must submit them and the final pretrial schedule:

- **Monday, August 18, 2014**: Proposed final pretrial conference order (also to be emailed in Word format), trial briefs, memorandum of contentions of fact and law, joint witness list, joint exhibit list, proposed jury instructions, proposed special verdict forms (if any), status report regarding settlement; proposed voir dire questions, and agreed-to statement of the case.
- **Monday, August 25, 2014**: Final pretrial conference and motion-in-limine hearing at 9:00 a.m.
- **Thursday, August 28, 2014**: Final pretrial exhibit stipulation.
- **Tuesday, September 2, 2014**: Jury trial beginning at 9:00 a.m.

Even if the parties have previously filed or lodged any of these documents, they shall refile or relodge them as individual docket entries, make any necessary updates to reflect the current status of the case, and submit courtesy copies. These deadlines shall supersede any deadlines to the extent that they conflict with preexisting ones set by the Court or by stipulation.

**IT IS SO ORDERED.**

August 13, 2014

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**

2