1 **LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, SBN 144074 (*lead counsel*)
2 dalekgalipo@yahoo.com
Melanie T. Partow, SBN 254843
3 mpartow@galipolaw.com
21800 Burbank Boulevard, Suite 310
4 Woodland Hills, California 91367
Telephone:   (818) 347-3333
5 Facsimile:   (818) 347-4118

6 *Attorneys for Plaintiffs*                                           *JS-6*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA F. RUVALCABA, individually; S.I.D.L., a minor, individually and as successor in interest to Maria del Carmen Ruvalcaba, by and through Maria F. Ruvalcaba as Next Friend; D.A.D.L., n minor, individually and as successor in interest to Maria del Carmen Ruvalcaba, by and through Maria F. Ruvalcaba as Next Friend; and ESTATE OF MARIA DEL CARMEN RUVALCABA, <br><br>      Plaintiffs, <br><br>   v. <br><br> CITY OF LOS ANGELES, a municipality; CHIEF CHARLIE BECK, an individual; and DOES 1-10, inclusive, <br><br>      Defendants. | **Case No.: 12-CV-06683-ODW-MAN** <br><br> [*Honorable Otis D. Wright, III*] <br><br> **ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE (FRCP (a)(1)(A)(ii) [113]** <br><br> [Stipulation to Dismiss Case with Prejudice *filed concurrently herewith*] |

**ORDER**

Having reviewed the parties' Stipulation to Dismiss Case with Prejudice pursuant to FRCP Rule 41, and GOOD CAUSE appearing therefore, the stipulation is hereby GRANTED.

All claims by all Plaintiffs against all Defendants are hereby dismissed with prejudice. Each party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: _March 9, 2016             _____
                                  Honorable Otis D. Wright, III
                                  United States District Court
                                  Central District of California